Herbert G. DULING, Appellant, v. A. C. ADER-HOLD, Warden, United States Penitentiary, Atlanta, Georgia, Appellee.

No. 6368.

Circuit Court of Appeals, Fifth Circuit.

Oct. 21, 1931.

Herbert G. Duling, in pro. per.

Clint W. Hager, U. S. Atty., and Hal Lindsay, Asst. U. S. Atty., both of Atlanta, Ga., for appellee.

Before BRYAN, SIBLEY, and WALKER, Circuit Judges.

## PER CURIAM.

On the authority of Blaine v. United States (C. C. A.) 29 F.(2d) 651, the judgment is affirmed.

Earnest W. FULLBRIGHT and Cullen, Alias Curlin, Powers, Appellants, v. UNITED STATES of America, Appellee.

No. 6192.

Circuit Court of Appeals, Fifth Circuit.

Oct. 21, 1931.

Robert H. Smith, Jr., of Atlanta, Ga., for appellants.

W. A. Bootle, U. S. Atty., and Fred W. New, Asst. U. S. Atty., both of Macon, Ga.

Before BRYAN, SIBLEY, and WALKER, Circuit Judges.

## PER CURIAM.

The judgment is affirmed.

A. L. HAMMOCK, Appellant, v. A. C. ADER-HOLD, Warden, United States Penitentiary, Atlanta, Georgia, Appellee.

No. 6242.

Circuit Court of Appeals, Fifth Circuit.

Oct. 21, 1931.

Clint W. Hager, U. S. Atty., and Hal Lindsay, Asst. U. S. Atty., both of Atlanta, Ga., for appellee.

Before BRYAN, SIBLEY, and WALKER, Circuit Judges.

## PER CURIAM.

The judgment is affirmed.